IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BELINDA SANTAMORE**                                                            **PLAINTIFF**

**v.**                                     **Civil No. 1:20cv169-HSO-LGI**

**COMMISSIONER OF SOCIAL SECURITY**                  **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Order entered this date adopting the Magistrate Judge's Report and Recommendation [40],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 25th day of January, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE